CORNELL DAVIS, JR., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 114998.) (Appeal No. 1.) [937 NYS2d 663]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Sconiers, Gorski and Martoche, JJ.